**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| GS HOLISTIC, LLC, | ) | |
| | ) | |
| Plaintiff | ) | Civil Case No. 1:23-cv-00730-WHR-MRM |
| v. | ) | |
| | ) | |
| FOUR BROTHERS RETAIL INC d/b/a CUT-RATE TOBACCO and OSAMA SALEH, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANTS**

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby files this Motion for Entry of Clerk's Default against the Defendants FOUR BROTHERS RETAIL INC d/b/a CUT-RATE TOBACCO and OSAMA SALEH, and in support thereof states as follows:

1. On November 7, 2023, the Plaintiff filed its Complaint for Trademark Infringement [DE 1].

2. On November 18, 2023, a copy of the Complaint and Summons was served on FOUR BROTHERS RETAIL INC d/b/a CUT-RATE TOBACCO, via Corporate Service. *See* Affidavit of Service [DE 6-1].

3. FOUR BROTHERS RETAIL INC d/b/a CUT-RATE TOBACCO was to have responded to or filed an answer to the Complaint by December 9, 2024, but failed to file anything with this Court.

4. On November 18, 2023, a copy of the Complaint and Summons was served on OSAMA SALEH, via Personal Service. *See* Affidavit of Service [DE 6].

5. OSAMA SALEH was to have responded to or filed an answer to the Complaint by December 9, 2024, but failed to file anything with this Court.

6. It has been more than twenty-one (21) days since FOUR BROTHERS RETAIL INC d/b/a CUT-RATE TOBACCO and OSAMA SALEH were served with the Summons and Complaint.

7. Federal Rule of Civil Procedure 55(a) provides that a Clerk must enter a party's default when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend.

8. As of the date of this Motion, FOUR BROTHERS RETAIL INC d/b/a CUT-RATE TOBACCO and OSAMA SALEH have failed to answer or respond to the Plaintiff's Complaint, as evidenced by their failure to file any documents with this Court.

WHEREFORE, the Plaintiff, GS HOLISTIC, LLC, respectfully moves for an Entry of Clerk's Default against the Defendants, FOUR BROTHERS RETAIL INC d/b/a CUT-RATE TOBACCO and OSAMA SALEH and any other relief this Court deems just and proper.

Respectfully submitted,

*/s/ John D. Hoffman, Jr.*

John D. Hoffman, Jr.
OH Bar No. 0099803
John Hoffman Law Office LLC
137 Heritage Woods Dr.
Suite 210
Akron, OH 44321
john@jdh-law.com
Serv609@LegalBrains.com
Telephone: 561-232-2222
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 3, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

*/s/ John D. Hoffman, Jr.*
John D. Hoffman, Jr.