**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| GS Holistic, LLC., | : | Case No. 1:23-cv-00730 |
| Plaintiff, | : | Judge Walter H. Rice |
| vs. | : | Magistrate Judge Michael R. Merz |
| | : | |
| Four Brothers Retail Inc., et al. | : | |
| Defendant. | : | |

---

**CLERK'S ENTRY OF DEFAULT**

It is appearing that, Defendants Four Brothers Retail, Inc. and Osama Saleh are in default, having failed to plead or otherwise defend in this cause as required by law.

Now therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Clerk's Entry of Default is hereby entered against Defendants, Four Brothers Retail, Inc. and Osama Saleh on this 4th day of March 2024.

Sophia R. Bryant, Deputy Clerk
*Issuing officer's signature*

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*