# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| GS Holistic, LLC, | : | |
| Plaintiff, | : | Case No. 1:23-cv-0730 |
| v. | : | District Judge Walter H. Rice |
| Four Brothers Retail, Inc., et al, | : | Magistrate Judge Michael R. Merz |
| Defendants. | : | |

## ORDER STRIKING MOTION

On July 24, 2024, at 8:56 A.M. the Clerk notified Plaintiff's counsel that that his Motion for Default Judgment did not comply with S. D. Ohio Civ. R. 5.1(c) and ordered him to correct that within twenty-four hours (ECF No. 11).  Counsel was cautioned that failure to comply would result in striking the document. *Id.* As of the time of filing of this Order more than twenty-four hours later, no corrected document has been filed.  Accordingly, it is hereby ORDERED that the Motion for Default Judgement be, and it hereby is, STRICKEN.

July 25, 2024.

s/ *Michael R. Merz*
United States Magistrate Judge
